UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80119-CR-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LYNROY ANTHONY GAYLE,

 Defendant.
_____/



## PRELIMINARY ORDER OF FORFEITURE

This matter came before the Court on motion of the United States to enter a preliminary order of forfeiture. Being fully advised in the premises, the Court finds as follows:

1. In the Indictment in the above case, the United States sought forfeiture of property of defendant Lynroy Gayle, involved in violations of 18 U.S.C. §1956, or property traceable to such property.

2. The jury returned a verdict of guilty as to Counts 1-15 and 17-80 of the Indictment and a special verdict of forfeiture wherein the jury found that $310,644 constitutes property involved in the offenses for which the defendant has been convicted or is property traceable to such property.

3. By virtue of the jury verdict and the special verdict of

forfeiture, the United States is now entitled to possession of the property pursuant to 18 U.S.C. § 982, as governed by 21 U.S.C. § 853, and Fed.R.Crim.P. 32.2(b);

Accordingly it is hereby **ORDERED and ADJUDGED**:

1. Pursuant to 18 U.S.C. § 982(a)(1), the sum of $310,644.00 is forfeited to the United States.

2. All right, title, claim and interest of the defendant Lynroy Gayle in the property listed in paragraph 1 is hereby vested in the United States of America.

3. The U.S. Marshals Service, or any duly authorized law enforcement official, shall, as soon as practicable, seize and take custody of the property listed in paragraph 1.

4. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Rule 32.2(c)(1), to conduct any discovery necessary, including depositions, to identify, locate, or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

5. The United States may provide, to the extent practicable, direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

6. The United States shall publish notice of this Order in accordance with 21 U.S.C. § 853(n).

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. 982, as governed by 21 U.S.C. § 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3), this order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

**DONE AND ORDERED** at _____WPB_____, Florida, this _17_ day of March, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Antonia J. Barnes, AUSA
    Kimberly Abel, AUSA
    Carolyn Bell, AUSA
    Michael Smith, Esq.

SERVICE LIST

United States v. Lynroy Anthony Gayle
Case No. 07-80119-CR-MIDDLEBROOKS/JOHNSON
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Kimberly Dunn Abel
Assistant U.S. Attorney
kimberly.abel@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for Plaintiff United States
[Service via CM/ECF]

Carolyn Bell
Assistant U.S. Attorney
carolyn.bell@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for Plaintiff United States
[Service via CM/ECF]

Michael Smith, Esq.
Smithlawdefend@aol.com
110 SE 6th Street
Ste. 1970
Fort Lauderdale, FL 33301
Telephone: (954) 761-7201
Facsimile: (954) 764-2443
Attorney for Defendant Lynroy Gayle
[Service via CM/ECF]