UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO. 07-80119-CR-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

LYNROY GAYLE,
  Defendant.
_____/



## ORDER GRANTING DEFENDANT GAYLE'S UNOPPOSED MOTION TO EXONERATE AND DISCHARGE BOND

THIS CAUSE having come before the Court upon Defendant, LYNROY GAYLE'S, Unopposed Motion To Exonerate And Discharge Bond, the Court having reviewed this matter and the record in this cause, the government having no objection thereto, and the Court being otherwise duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the Motion To Exonerate And Discharge Bond be and the same is hereby **GRANTED**.

DONE AND ORDERED in Chambers at West Palm Beach Florida on this 20 day of May, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Michael G. Smith, Esquire
    AUSA, Kimberly Abel

4